## STATE

### v.

### Irwin W. MORRIS.

### No. 78–415–C.A.

Supreme Court of Rhode Island.

April 14, 1980.

Dennis J. Roberts, II, Atty. Gen., Faith A. La Salle, Spec. Asst. Atty. Gen., for plaintiff.

Aram K. Berberian, Warwick, for defendant.

### ORDER

This case came before us on April 9, 1980 on the state's motion to dismiss defendant's appeal. Upon consideration of the arguments presented and in view of our decision in *State v. Kalian*, R.I., 408 A.2d 610 (1979), we conclude that said motion has merit. Therefore, the state's motion to dismiss this appeal is hereby granted.

## STATE

### v.

### Francis D. BURKE et al.

### No. 78–221–C.A.

Supreme Court of Rhode Island.

April 17, 1980.

Dennis J. Roberts, II, Atty. Gen., James H. Leavey, Asst. Atty. Gen., Faith A. La-Salle, Spec. Asst. Atty. Gen., for plaintiff.

James B. Callahan, Newport, Jeffrey A. Denner, Boston, Mass., for defendants.

### ORDER

This case came before the court on April 7, 1980, pursuant to a motion filed by defendant Francis D. Burke under Rule 16(g) to dismiss the State's appeal from an order of the Superior Court suppressing materials produced by the allegedly illegal search of two suitcases which had been seized from an automobile. After hearing arguments of counsel, we are of the opinion that defendant established standing to object to this search, and that pursuant to the holdings of the Supreme Court of the United States in *Arkansas v. Sanders*, 442 U.S. 753, 99 S.Ct. 2586, 61 L.Ed.2d 235 (1979); and *United States v. Chadwick*, 433 U.S. 1, 97 S.Ct. 2476, 53 L.Ed.2d 538 (1977), the State has failed to show cause, and, accordingly, its appeal is hereby dismissed.